UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BINTU KABBA,** *individually and as parent and natural guardian of O.F.*,<br><br>                                  **Plaintiff,**<br><br>                  -against-<br><br>**MELISSA AVILÉS-RAMOS,** *in her official capacity as Chancellor of the New York City Department of Education*, **and NEW YORK CITY DEPARTMENT OF EDUCATION,**<br><br>                                  **Defendants.** | 1:25-cv-02282 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

As ordered by the Court during the hearing held on May 1, 2025, the parties shall file the CPSE IEP, dated August 22, 2023, by **May 6, 2025**. Additionally, the parties are ordered to file a joint status report on or before **May 12, 2025** confirming that the parties have met and conferred about this matter and providing details on any potential settlement.

**SO ORDERED.**

Dated:   May 5, 2025
            New York, New York

                                                                        _____
                                                                        **ANDREW L. CARTER, JR.**
                                                                        **United States District Judge**