UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**BINTU KABBA,** *individually and as parent and natural guardian of O.F.*,

      **Plaintiff,**

    -against-

**MELISSA AVILÉS-RAMOS,** *in her official capacity as Chancellor of the New York City Department of Education*, **and NEW YORK CITY DEPARTMENT OF EDUCATION,**

      **Defendants.**

1:25-cv-02282 (ALC)

<u>ORDER</u>

---

**ANDREW L. CARTER, JR., United States District Judge:**

  This Court will conduct a status conference in this action on **July 10, 2025, at 11:00AM**. All parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Dated: June 16, 2025
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**