UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BINTU KABBA,** *individually and as parent and natural guardian of O.F.*, | |
| **Plaintiff,** | |
| -against- | 1:25-cv-02282 (ALC) |
| **MELISSA AVILÉS-RAMOS,** *in her official capacity as Chancellor of the New York City Department of Education*, and **NEW YORK CITY DEPARTMENT OF EDUCATION,** | <u>ORDER</u> |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

      As discussed during today's conference, the Court grants Plaintiff leave to file an amended complaint on or before **July 24, 2025**. Defendants will have until **August 14, 2025** to answer or otherwise respond to the amended complaint. The pending motion for a preliminary injunction is denied without prejudice. If Plaintiff wishes to file a motion for a preliminary injunction in line with the amended complaint she may do so by **July 24, 2025**. Defendants should respond to any such motion by **August 14, 2025**.

**SO ORDERED.**

Dated:   July 10, 2025
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**