UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BINTU KABBA,** *individually and as parent and natural guardian of O.F.*,<br><br>                              **Plaintiff,**<br><br>                 -against-<br><br>**MELISSA AVILÉS-RAMOS,** *in her official capacity as Chancellor of the New York City Department of Education*, **and NEW YORK CITY DEPARTMENT OF EDUCATION,**<br><br>                              **Defendants.** | 1:25-cv-02282 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The hearing scheduled for September 23, 2025 is **ADJOURNED** to **September 25, 2025, at 10:30AM**. All parties shall appear in person in **Courtroom 444**, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Dated:    September 22, 2025
             New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**