UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BINTU KABBA,** *individually and as parent and natural guardian of O.F.*,<br><br>Plaintiff,<br><br>-against-<br><br>**MELISSA AVILÉS-RAMOS,** *in her official capacity as Chancellor of the New York City Department of Education*, **and NEW YORK CITY DEPARTMENT OF EDUCATION,**<br><br>Defendants. | 1:25-cv-02282 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons set forth on the record during today's hearing, the Court hereby denies Plaintiff's renewed motion for a preliminary injunction. ECF No. 35.

As discussed during today's hearing, the Court grants Defendants leave to file a motion for summary judgment. ECF No. 29. Defendants shall file the motion on or before **October 16, 2025**. Plaintiff shall file her opposition materials by **November 13, 2025**. Defendants shall file their reply by **December 5, 2025**.

**SO ORDERED.**

Dated:  September 25, 2025
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**