USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/31/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BINTU KABBA**, *individually and as parent and natural guardian of O.F.*,

         **Plaintiff,**

-against-

**MELISSA AVILÉS-RAMOS**, *in her official capacity as Chancellor of the New York City Department of Education*, **and NEW YORK CITY DEPARTMENT OF EDUCATION,**

         **Defendants.**

---

**1:25-cv-02282 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

On May 6, 2025, Plaintiff filed a letter motion to seal. *See* ECF No. 16. On May 12, 2025, Plaintiff filed another letter motion to seal and indicated that the letter filed on May 6 at docket entry 16 was in error. *See* ECF No. 18. Plaintiff's request to seal the CPSE IEP dated August 22, 2023 under seal is **GRANTED** for the reasons discussed in the letter. On May 28, 2025, Plaintiff filed a letter motion to seal a 2024-2025 CSE IEP under seal. *See* ECF No. 24. Plaintiff's request is **GRANTED** for the reasons discussed in the letter. On August 4, 2025, Defendants filed a letter motion requesting a summary judgment briefing schedule to which Plaintiff responded to requesting an extension to reply on August 12, 2025. *See* ECF Nos. 29, 31. Both letter motions are **DENIED as moot** as the parties have since submitted cross summary judgment motions.

The Clerk of Court is respectfully directed to terminate the pending letter motions at ECF Nos. 16, 18, 24, 29, and 31.

**SO ORDERED.**

Dated:    **March 31, 2026**
        **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**