**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

BINTU KABBA, individually and as parent and natural guardian of O.F.,

Plaintiff,

-against-

25 **CIVIL** 2282 (ALC)

# JUDGMENT

MELISSA AVILES-RAMOS, in her official capacity as Chancellor of the New York City Department of Education, and NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 27, 2026, Defendants' motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

August 31, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**